# CIVIL RIGHTS COMPLAINT FORM

FOR USE IN ACTIONS UNDER 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF FLORIDA

LEON _____ DIVISION

1. DALE H. TUCKER #734014 ,

2. _____ ,

3. _____ .

(Enter the full name of each plaintiff,
plus inmate number (if applicable).
Begin the name of each plaintiff on a new
line.   The entire name of each party
should    be    in    capital    letters.
Descriptive terms such as a party's title
or job position should be in normal
case.)

vs.

CASE NUMBER: 4:01cv 351 -SPM
(To be assigned by Clerk)

1. MIKE MOORE _____ ,

2. DR. BENSON _____ ,

3. PRISON HEALTH SERVICES INC. ,

4. _____ .

(Enter the full name of each defendant in
the same manner as above.  If additional
space is required, use the blank area
directly to the right.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

01 AUG -2 PM 1: 05

FILED

- 1 -

## I.  PLAINTIFFS:

State your <u>full name</u>, inmate number, and full mailing address in the lines below.  Include the name of the institution in which you are confined.  Do the same for any additional Plaintiffs:

(A)  Plaintiff's name:  DALE H. TUCKER

Plaintiff's inmate number:  734014

Prison or jail:  JEFFERSON

Mailing address:  ROUTE 1, P.O. BOX 225

MONTICELLO, FLA. 32344

## II.  DEFENDANTS:

State the <u>full name</u> of the defendant, official position, mailing address, and place of employment.  Do the same for **every** defendant.

(1)  Defendant's name:  MIKE MOORE

Official position:  SECRETARY DEPT. OF CORRECTIONS

Mailing address:  2601 BLAIRSTONE Rd. TALL, 32399

Employed at:  D.O.C.

(2)  Defendant's name:  DOCTOR BENSON

Official position:  CONTRACTED HEART SPECIALIST DOCTOR

Mailing address:  P.O. BOX 628, LAKE BUTLER, FLA, 32054

Employed at:  NORTH FLORIDA RECEPTION CENTER

(3)  Defendant's name:  PRISON HEALTH SERVICES INC.

Official position:  MEDICAL CONTRACTUAL SERVICES

Mailing address:  8501 HAMPTON SPRINGS RD, PERRY, FLA, 32348

Employed at:  TAYLOR CORRECTIONAL INSTITUTION

<u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>

Revised 2/97                              2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

NOTE: THE COURT WILL NOT ACCEPT THE COMPLAINT FOR FILING UNTIL PLAINTIFF(S) FILL OUT THE FOLLOWING REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES.  UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 42 U.S.C. § 1997e (AS AMENDED),  THIS COMPLAINT IS SUBJECT TO DISMISSAL IF THE CLAIMS PRESENTED HAVE NOT BEEN PROPERLY EXHAUSTED.

A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

Yes( ✗ )          No (  )

[If your answer is YES, answer all the questions in this subsection.  If your answer is NO, proceed to subsection III B.]

Exhaustion of administrative remedies pursuant to Fla. Admin. Code Chapter 33-29 is required prior to pursuing a civil rights action concerning events occurring within the Florida Department of Corrections.  Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion.  Each plaintiff must complete a separate Section III.

**EXHAUSTION STEPS REQUIRED:**

\* Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance Involving Disciplinary Action.

    a.  Formal Grievance to Superintendent or to the Office of Secretary (Form DC1-303)
    b.  Appeal to the Office of Secretary (Form DC1-303)

\* General Grievance

    a.  Informal Grievance (Form DC3-005)
    b.  Formal Grievance (Form DC1-303)
    c.  Appeal to the Office of Secretary (Form DC1-303)

**EXHAUSTION STEPS TAKEN:**

1.  Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance

Involving Disciplinary Action (these are requests for Administrative Remedy or Appeal, by-passing the informal grievance step).

    a. Did you submit your grievance directly to the Superintendent and/or to the Office of Secretary (Form DC1-303)?

        Yes(X)             No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

    c. Were you denied emergency status or otherwise required to first file an informal grievance?

        Yes( )             No(X )

    d. Did you have a disciplinary hearing concerning this matter?

        Yes( )             No(X )

    e. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

2. Informal Grievance (Request for Interview)

    a. Did you submit an informal grievance (Form DC3-005)?

        Yes(X )             No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

3. Formal Grievance (Request for Administrative Remedy or Appeal)

    a. Did you submit a formal grievance (Form DC1-303)?

        Yes(X )             No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

4. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

    a. Did you submit an appeal to the Office of the

Secretary (Form DC1-303)?

Yes(**X**)                              No( )

    b.   If so, you must attach a copy of the appeal and response to this complaint form.

B. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL?

Yes( )                              No(**X**)

If your answer is YES, answer the following questions.

1.   Is there a grievance procedure at your institution or jail?

Yes( )                              No( )

2.   Did you present the facts relating to your complaint in the prison grievance procedure?

Yes( )                              No( )

3.   If your answer is YES:

    a.   What steps did you take?

    b.   What were the results?

4.   If your answer is NO, explain why not:

## IV.  PREVIOUS LAWSUITS

NOTE: UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 28 U.S.C. § 1915 (AS AMENDED), NO PRISONER SHALL BRING A CIVIL ACTION OR APPEAL A JUDGMENT IN A CIVIL ACTION UNDER 28 U.S.C. § 1915 IF THE PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY.  THEREFORE, IT IS EXTREMELY IMPORTANT THAT THIS SECTION BE COMPLETED IN **THE MOST TRUTHFUL AND COMPLETE MANNER POSSIBLE**.  FAILURE TO GIVE COMPLETE AND TRUTHFUL INFORMATION ABOUT PRIOR CASES CAN RESULT IN THE **DISMISSAL** OF THIS ACTION.

    A.   Have you initiated other actions in **state** court dealing with the same or similar facts or issues as involved in this action?   Yes( )   No(**X**)

## V.   STATEMENT OF FACTS:

Using numbered paragraphs, state as briefly as possible the **FACTS** of your case.  Describe how <u>each</u> defendant was involved and what each did or did not do to give rise to your claim.  Include the names of persons involved, dates, times, and places.  State exactly what happened.  **DO NOT make any legal arguments or cite any cases or statutes.**  You may make copies of these pages and attach additional sheets of paper if needed:

ON 10.12.00 I ARRIVED AT CENTRAL FLORIDA RECEPTION CENTER, (C.F.R.C) IN RECEPTION INTO D:O.C., I WAS ASKED ABOUT MEDICAL CONDITION AND WHAT PERSCRIPTIONS I TAKE. I TOLD THEM THAT I HAVE CONJESTIVE HEART FAILURE AND TAKE LANOXIN 25mg, POTASSIUM-10 MEQ, LASIX 20mg. I DID NOT HAVE ANY PROOF OF THESE AND I WAS GIVEN THESE MEDICATIONS. I WAS GIVEN A CHEST X-RAY IN THE NEXT TWO WEEKS. I HAD PROBLEMS BREATHING ON NOVEMBER 26 AND PUT IN THE INFIRMARY TO BE MONITORED BECAUSE E.K.G. MACHINE DID NOT WORK.
NOVEMBER
ON ~~DECEMBER~~ 30, I ARRIVED AT NORTH FLORIDA RECEPTION CENTER (N.F.R.C.) ON DECEMBER 4, I SAW DR. BENSON. HE RE-WROTE PERSCRIPTIONS THAT I TOLD THEM I TOOK AT C.F.R.C. AND ADDED, 81G. ASPRIN AND LIPITOR. MY CHOLESTEROL WAS 230 - BOARDER-LINE, BUT DR. DID NOT RECOMMEND LOW FAT DIET AFTER I REQUESTED SUCH. SO HE GIVES ME LIPITOR AND ASPRIN WHEN CHOLESTEROL IS NOT EXTREEMLY HIGH AND WARNINGS ON LIPITOR ARE WORSE THAN EATING LOW FAT DIET. I HAVE NEVER SEEN DR. BENSON BEFORE OR AFTER 12.5.00 ON 12.22.00 I WAS GIVEN A HEART SONOGRAM. ON 1.9.01, BLOOD WAS DRAWN FOR LANOXIN LEVEL CHECK. ON 1.10.01 I WAS HAVING ANGINA, HEART PALAPATATIONS AND PASSED OUT, DIZZEY AND LATHARGIC. I CLAIMED MEDICAL EMERGENCY TO C.O. WILLIAMS AND HE LAUGHED AND ASKED; "WHAT DO YOU NEED, SOME NITRO-GLYCERINE."

On 11.11.01 I went to Medical and it had been cancelled. I tried to talk to Lab about my blood level of drug and was told by C.O. Alverez that if I came in Medical Building without a pass, I would be locked up in Disciplinary Confinement. I went back to dorm staggering, seeing yellow spots and difficulty breathing when I decided to eat some potassium pills and see if this would help. It helped but breathing continued to be difficult. I didn't take Lanoxin the next two days. On 1.16.01 I arrived at Taylor C.I. (T.C.I.). On 1.23.01 I was taken to N.F.R.C. on a van and I was given a radioactive heart scan and stress test. I did not see Dr. Benson. At Taylor, my initial visit with Dr. Vizcarra, he told me I did not have a heart problem and did not need to limit any activity. This was on 1.16.01 and he had my complete medical record. After reading warning in P.D.R. in Library at Taylor, I stopped taking Lipitor on 2.8.01. I began eating only certain foods and watching my diet. I was not put on special diet although I had requested such for months. Some days I only ate oatmeal for breakfast. I had read a book, Spontaneous Healing, and followed a strict diet by Dr. Rosenfield who wrote, Second Opinion, he being a heart doctor and saying, "Anyone with 230 cholesterol level or lower only need monitor they're diet." I was having to treat myself. I continued to have problems with effects from Lanoxin and I was occassionally checked for Lanoxin blood level. In P.D.R., medication warning states, "Lanoxin level must be near toxic to be therapudic and must be closely monitored." I was not regularly or closely monitored. I was sick and was told my level was .3. To be therapudic, level must be .6. After requesting from Doctors Colon, Vizcarra and Medical Director Kirksey, a change in medication and not even seeing a cardiologist, I decided to

Stop Taking Lipitor And Lanoxin. Because I Quit Taking Lanoxin, I was Told I was Refusing Treatment And I would Not See a Cardiologist. This Is Documented In Grievances, I Submitted Many Requests And Grievances At Taylor And To Secretary Dept. Of Corrections To No Avail. On 5.1.01 I Arrived At Jefferson On 5.16.01 Dr. Molina Put Me On Vasotec In Place Of Lanoxin. I was Not Given Lasix A Diuretic For My Heart, The Aspirin As A Blood Thinner Dr. Colon Said He wanted Me To Continue Nor Was I Given Potassium To Counterbalance Lasix. All Doctors, Nurses And Medical Directors Work Under The Department Of Corrections Under Director Mike Moore, With The Exception Of Dr. Benson: He Is A Contracted Physician.

## VI.   STATEMENT OF CLAIM:

State as briefly as possible what rights under the Constitution, laws, or treaties of the United States you claim have been violated.  Be specific.  Number each separate claim, and relate each claim to the facts in the complaint.  If the claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

I BELIEVE I HAVE TWO D.D.C. I HAVE CONJESTIVE HEART FAILURE SUFFICIENT TIMES THAT THEY SHOULD KNOW THAT I MUST BE TREATED BY A CARDIOLOGIST. I HAVE NOT RECEIVED ADEQUATE TREATMENT AND BECAUSE OF LACK OF TREATMENT, MY OVERALL LIFE EXPECTANCY HAS BEEN SHORTENED. I HAVE MADE EVERY ATTEMPT AND HAD MY FIANCEE CALL MEDICAL AT INSTITUTIONS MANY TIMES AND TREATMENT IMPROVEMENT IS SLOW IF AT ALL. I HAVE DEMONSTRATED A SUFFICIENTLY DEPRIVATION OF PROPER MEDICAL CARE FOR A TERMINAL DISEASE AND OFFICIALS HAVE ACTED WITH A SUFFICIENTLY CULPABLE STATE OF MIND. I BELIEVE THAT MY EIGHT AMENDED CONSTITUTIONAL RIGHT HAS BEEN SEVERELY VIOLATED BY PERSONS WHO KNEW MY CONDITION AND WHO DID NOT TREAT ME FOR MONTHS. DR. BENSON WROTE PERSCRIPTIONS ON MY WORD PRIOR TO TESTING OR EXAMINING ME. MY REVIEW WITH HIM WAS ONLY 5-MINUTES. DR. COLON, DR. VIZCARRA MIKE MOORE, MRS. KIRKSEY AND DR. BENSON ARE ALL NEGLEGENT AND ALL SHOULD HAVE KNOWN TO TREAT ME MEDICALLY IN A MANNER CLOSE TO MINIMUM.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from this court.  Do not make any legal arguments or cite any cases.  You may, if you wish, cite statutes which authorize the relief requested, but need not do so.

BECAUSE OF THE PAST EIGHT MONTHS AND POSSIBLY FUTURE

MEDICAL PROBLEMS THAT WILL SHORTEN MY LIFE I SEEK RELIEF

OF $200,000. FROM MIKE MOORE. $2.5 MILLION FROM PRISON MEDICAL

HEALTH SERVICES INC.

CONTRACTOR AT TAYLOR C.I. AND $5 MILLION FROM DR. BENSON,

A PRIVATE CONTRACTED CARDIOLOGIST AT N.F.R.C.

## VIII.   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

Signed this __1ST__ day of __August_____ , __19__ .

(Signature(s) of Plaintiff(s))

Revised 2/97

_11_

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JUN 1 1 2001
ASSISTANT WARDEN

TO: ☒ Superintendent  ☐ Assistant Superintendent  ☐ Secretary, Florida Department of Corrections

FROM: Tucker, Tim H.                                    Number        Institution
Last Name, First, Middle Initial

01-06-18

| PART A – INMATE GRIEVANCE |
|---|
| On May 1st 2001, I arrived at Jefferson C.I. I have congestive heart failure. I take life supporting medications. Since I arrived at Jefferson, my medication has not been refilled. Mrs. Beat in medical said Dr. Molina did not re-write Lasix, Potassium and Aldril. I addressed this with Dr. Molina and she insists that she did write prescription. I do not have them yet (6-10-01) This is more than a month without life supporting medications which were prescribed by a competent physician on 12-5-00. This is very negligent and endangering my life. |

Date  6.11.01                                    Signature of Grievant and D.C.# 134019

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                    #        Signature

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal was received by this office on 6/11/01, reviewed and carefully evaluated. All available records were also reviewed. Jefferson C. I. Health Services staff members bear the responsibility to ensure that inmates receive medications as prescribed by the doctor. Your prescription was written and sent to ACI for processing. You received your medications on 6/11/01, as soon as they arrived. If you feel that you should have additional care, you may sign up for sick call.

Based on the foregoing, your grievance is **DENIED**. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form and providing attachments as required by 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

NOTE: Grievance Appeals to the Office of the Secretary (Bureau of Inmate Grievance Appeals) must be received within 15 calendar days from the date of the response to the formal grievance.

Signature and Typed or
Printed Name    O. MOLINA, MD
of Employee Responding

Signature of Superintendent,      Donovan Hamilton      06/14/01
Assistant Superintendent, or                              Date
Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

-25-



JUL 0 3 2001

Department of Corrections
Bureau of Inmate Grievance Appeals

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**   RECEIVED

MAY 1 6 2001

TO: ☐ Warden/Superintendent   ☐ Assistant Superintendent   ☑ Secretary, Florida Department of Corrections

FROM: Tucker, Dave, H,                734014   Jefferson
Last Name, First, Middle Initial          Number      Institution

0161435 17

---

### PART A – INMATE GRIEVANCE

Grievance Attached Shows That I was Not "Closely Monitored" For Lanoxin Level Which Warning In Medication Says "Must Be Closely Monitored". So Either Doctor Or D.O.C. Did Not Follow Instructions And I was Not Treated Correctly,

5,12.01
Date

D a H. Tu
Signature of Grievant and D.C.# 734014

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    #    /    Signature

---

### PART B – RESPONSE

**Appeal Denied:**

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed.  In addition, your SHSA, David Hall was contacted and he provided this office with information regarding the issues you presented.  It is determined that the response made to you by Dr. Colon on 4/30/2001 appropriately addressed the issues presented by you.  It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.  Records indicate you were seen by Dr. Molina on 6/7/2001 for a follow-up regarding your condition and medication was prescribed.  The doctor ordered medications and a follow-up in August.  Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

Emile Baudoin d'Ajoux, IISC
6/13/2001

Signature and Typed or
Printed Name
of Employee Responding

Orlester Dickens
Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

6-28-01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: _Taylor, Tale, Jr_     _734114_     _Taylor Correctional_

    Last Name, First, Middle Initial         Number         Institution

---

**PART A – INMATE GRIEVANCE**

On February 14, 2001 I was lab called out to have Lanoxin level checked. There was no one to take blood. I was not rescheduled. I was however tested for DNA. But over 2 weeks passed and after grievance to Dr. Colon filtered to nursing staff I was called to medical. Nurse interviewed me and I told her blood had not ever taken. She said "Well, we have nothing in your file to take your blood level for Lanoxin." This is due diligence. I was then called out to have blood taken. This is negligence and culpably negligence. "We have nothing in file to take your blood."

_3-13-01_     _Refer to # 01-3-215_       _[signature]_

Date                                  Signature of Grievant and D.C.# _734114_

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

                                                       #            Signature

---

**PART B – RESPONSE**

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated

B. Kinksey HSA, was contacted and provided the following response: "Your record was reviewed. Your first sentence is not correct. On 02/14/01 your callout was not for a 'Lanoxin level check.' It was for DNA test initiated via the Classification Department. Our records show your Lanoxin level was drawn on 12/30/00, 01/09/01 and on 03/05/01. Nurses have drawn the laboratory tests as prescribed by the doctors."

Based on the above information your Request for Administrative Remedy or Appeal is denied. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103 007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500

_DS 1 + cr_

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or Printed Name of Employee Responding           Signature of Superintendent, Assistant Superintendent, or Secretary's Representative         Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent   ☐ Assistant Superintendent   ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.          734414    TAYLOR CORRECTIONAL
Last Name, First, Middle Initial          Number          Institution

| PART A – INMATE GRIEVANCE |
|---|

IN ATTACHED GRIEVANCE, B. KIRKSEY RESPONDED AND STATED THAT THE BLOOD TO BE TAKEN FOR D.N.A. ARE NOT LANOXIN LEVEL CHECK. AS I HAD ATTACHED MY FASTING INSTRUCTIONS TO GRIEVANCE FOR THIS BLOOD CHECK AND MS. KIRKSEY LISTS MY MONTHLY RECORDS FOR LANOXIN CHECKS, IT SHOWS FEBRUARY WAS NOT CHECKED. THESE LEVELS ARE TO BE CHECKED ONCE A MONTH BY D.O.C. STANDARDS. AS YOU SEE - THESE ARE NOT MONTHLY AND FASTING INSTRUCTIONS FOR 2.14.01 ARE MISSING. DO PEOPLE FAST FOR D.N.A. CHECK OR DOES MONTHLY CHECKS OF RECORD SHOW INCONSISTENCY. NO, PEOPLE DO NOT FAST FOR D.N.A. FAST INSTRUCTIONS ARE MISSING AND THIS RESPONSE IS INCORRECT. JUST AS GRIEVANCE STATES "WE HAVE NOTHING IN YOUR FILE TO TAKE BLOOD FOR LANOXIN" IT WAS LOST, AND MY LEVEL WASN'T CHECKED UNTIL 3.5.01

4.13.01                    C.C.H. Tur
Date          Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
          #          Signature

| PART B – RESPONSE |
|---|

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated

B. Kirksey, HSA, was contacted and provided the following response "Your record was reviewed. The on-site treating physician did not prescribe monthly Lanoxin levels to be taken. The Lanoxin blood levels have been drawn as ordered by the physician. Your record does show that the DNA blood work was drawn on 02/23/01."

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500

**J. Colon, MD**
**Chief Health Officer**
**Taylor Correctional Institution**

Signature and Typed or          Signature of Superintendent,          Date
Printed Name          Assistant Superintendent, or
of Employee Responding          Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

-28-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAILED / FILED
WITH AGENCY CLERK

JUL 03 2001
Department of Corrections
Bureau of Inmate Grievance Appeals

RECEIVED
MAY 16 2001
Department of Corrections
Inmate Grievances

TO: ☐ Superintendent   ☐ Assistant Superintendent   ☒ Secretary, Florida Department of Corrections

FROM: Apple, H. _____   73404   JEFFERSON
Last Name, First, Middle Initial                        Number        Institution

0161435 5

---

### PART A – INMATE GRIEVANCE

As Attached Formal Grievance States " I Am Not Receiving The Minimum Medical Required Treatment For Congestive Heart Failure " This Was True When This Grievance Was Submitted And The Truth Is Still The Truth. Additional Attachments State This.

5.12.01
Date

Signature of Grievant and D.C.# 734014

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____/_____
                                                                    #        Signature

---

### PART B – RESPONSE

**Appeal Denied:**

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed. In addition, your SHSA, David Hall was contacted and he provided this office with information regarding the issues you presented. It is determined that the response made to you by Dr. Colon on 4/30/2001 appropriately addressed the issues presented by you. It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing. Records indicate you were seen by Dr. Molina on 6/7/2001 for a follow-up regarding your condition and medication was prescribed. The doctor ordered medications and a follow-up in August. Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

Emile Baudoin d'Ajoux, IISC
6/13/2001

Signature and Typed or
Printed Name
of Employee Responding

Orlester Wickens
Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

6-28-0
Date

---

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

-29-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: ___Tucker, Dale H.___ ___72404___ ___Taylor Correctional___
Last Name, First, Middle Initial          Number          Institution

---

### PART A – INMATE GRIEVANCE

As of Date of Attached Formal Grievance I was Not Receiving
the Minimum Requirement Health Care From D.O.C. For Heart
Failure. I cannot List How I have Been Not Treated Because
I will be Responded To Addressing More Than One Issue. The
Only Issue of This Grievance Is Not Receiving Minimum
Medical Treatment For Heart Failure By D.O.C.
Attachments Show My Efforts To Right The Situation.

___4.13.01___          ___[signature]___
Date                    Signature of Grievant and D.C.# __72404__

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ /_____
                                                                          #        Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated

B. Kirksey, HSA, was contacted and provided the following response. "Your record shows that you have refused the Lanoxin which was prescribed by a cardiologist as of 01/05/01. The Chief Health Officer, the staff physician and the Health Service Administrator have appropriately counseled you. Medical is not able to treat you without your consent. Dr Colon saw you at my request on 04/02/01. He addressed all of your health concerns at that time and stated 'your care was appropriate'.

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Remedy or Appeal completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500

**J. Colon, MD**
**Chief Health Officer**
Signature and Type or Taylor Correctional Institution      Signature of Superintendent,      Date
Printed Name                                               Assistant Superintendent, or
of Employee Responding                                     Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. -30-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO:  ☒ Superintendent   ☐ Assistant Superintendent   ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE H. _____   7324?? TAYLOR CORRECTIONAL
     Last Name, First, Middle Initial      Number      Institution

| PART A – INMATE GRIEVANCE |
|---|
| The medical care I am receiving here at Taylor is consistent with N.F.R.C. and G.F.R.C. All are negligent and because of treatment, or lack of treatment, my life expectancy is being shortened. I have congestive heart failure. It kills people. I require special treatment to exist and good treatment to improve. I have not gotten any better. In fact worse in the first 6 months since D.O.C. has been my custodian. The Superintendent is responsible for the operation of the institution so he is responsible for my medical care. I am receiving inadequate, negligent medical care. |

| 3.19.01 | Refer to # 01-3,215 | [signature] |
|---|---|---|
| Date | | Signature of Grievant and D.C.# |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ /_____
                                                      #            Signature

| PART B – RESPONSE |
|---|
| Your Request for Administrative Remedy or Appeal is being **returned** without processing in accordance with F.A.C. Chapter 33-103 as it addresses more than one issue or complaint. You may refile your grievance if upon receipt of this notification the filing is within the time frames allowable in Chapter 33-103. You must, however, file a separate grievance for each issue or complaint. |

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

| | [signature] |
|---|---|
| Signature and Typed or Printed Name of Employee Responding | Signature of Superintendent, Assistant Superintendent, or Secretary's Representative      Date |

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: _Teeter, Dale_ _____ ___73404___ _Taylor Correctional_

      Last Name, First, Middle Initial       Number      Institution

---

**PART A – INMATE GRIEVANCE**

_The attached grievance — the negligent medical care I am receiving is against the law. The care I get is not from qualified personnel. The condition I have is life threatening. I was last seen by Dr. Reddy, who prescribed Lipitor 125.00 mg. She has checked cholesterol level for 3 months. Last blood level for over 2 months. My weight has not even been recorded for over a month. My health (pulse) rate is taken haphazardly at medication window, but no record is kept. My weight + pulse should be taken. In Lawton is therefore level and blood level, but none is monitored regularly and recorded. I have congestive heart failure. Dr. Vizcarra say I'm cured of Reardons illness. Negligent medical treatment will shorten my life overall. This is against the law._

_3.7.01_ (Continue to attachment)        _Dale H. Teeter_

Date                                       Signature of Grievant and D.C.# _73404_

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____/_____

                                                                 #            Signature

---

**PART B – RESPONSE**

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

This grievance is a duplicate of grievance number 01-3 215 and is returned without action. We will address these issues in grievance number 01-3 126 _215_.

Based on the above information, your Request for Administrative Remedy or Appeal is **returned without action**.

 

 

                                                                         _3/14/01_

Signature and Typed or            Signature of Superintendent,           Date
Printed Name                   Assistant Superintendent, or
of Employee Responding        Secretary's Representative

---

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. ―32―

CONTINUED FROM 303 - FORMAL GRIEVANCE

IN ADDITION TO BEING AGAINST THE LAW, OF MY LIFE BEING JEPORDIZED BY INADEQUATE, INEFFICIENT OR UNAVAILABLE PERSONAL, THE LENGTH OF MY LIFE IS BEING SHORTENED BY NOT RECEIVING THE BEST TREATMENT OR AT MINIMUM, ADEQUATE TREATMENT, AS SUGGESTED BY THE AMERICAN HEART ASSOCIATION REQUIREMENTS.

DR. VIZCARRA, WHEN ASKED SPECIFICALLY, "SHOULD I LIMIT ANY PHYSICAL ACTIVITY"? REPLIED, "NO, YOUR FINE." DOCTORS VIZCARRA AT TAYLOR C.I. AND BUI AT N.F.R.C. BOTH, AFTER TWO MINUTE EXAM STATED; "YOU DON'T HAVE A HEART PROBLEM."

AFTER CLAIMING MEDICAL EMERGENCY OFFICER WILLIAMS STATED; "WHAT DO YOU NEED, SOME NYTRO GLYCERINE OR SOMETHING; HA HA. HE ACKNOWLEDGED, JOKED AND NOTHING WAS DONE. ALL THIS AND THE NEXT DAY I PASSED OUT - FELL OVER, BUT STILL I WAS THREATENED WHEN I WENT TO MEDICAL BY C.O. ALVEREZ; "IF YOU COME BACK WITHOUT A PASS, I'LL LOCK YOU UP (DISCIPLINARY CONFINEMENT). NOW, MEDICAL TREATMENT IS NOT ONLY NEGLEGENT, BUT BY THREATENING ME WHEN I AM IN DAGER OF LIFE THREATENING AND DORM OFFICER, MEDICAL OFFICER, DR. BENSON AND DR. VIZCARRA, KNOWING OR SHOULD HAVE KNOWN BY MY STATEMENT; "MEDICAL EMERGENCY" AND MY MEDICAL WRITTEN RECORD; THIS IS CULPABLE NEGLEGENCE AND DELIBERATE INDIFFERENCE, BOTH VIOLATIONS OF THE LAW.       ATTACHED TO DOC-303

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | | | | |

## REQUEST

*(handwritten request text, illegible)*

---

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

*(handwritten response text, illegible)*

RECEIVED
JAN 1 1 2001
NORTH FLORIDA RECEPTION CENTER
QUALITY MANAGEMENT

[The following pertains to informal grievances only: _____

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Distribution:  White  -Returned to Inmate
Canary  -Returned to Inmate

C. Colop, MD
Chief Health Officer
Taylor Correctional Institution

attached by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

—2A—

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Mail Number: _____
Team Number: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☒ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Dale H. Tucker | DC Number<br>734014 | Quarters<br>B1129-S | Job Assignment<br>Fo S, | Date<br>2.5.01 |
|---|---|---|---|---|---|

**REQUEST**

I Have Read That The American Heart Association's (PASS) Recommends That My Weight Be Monitored Daily In A Log. I Would Like To Chek Weight Because I Have Conjestive Heart Failure And If I Begin To Retain Fluids, Weight Is The First Noticeable Change And Visual Follows. I Know, I've Gone Through This Additionally, Lanoxin (Dig Level) Has Not Been Recorded For Over A Month. I Am Concerned That I Am Taking Lipitor With A Fairly Low Cholesterol Level Of 230 When Diet Alone Should Be Sufficient, Shouldn't It?
Thank You For Your Time

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

─────── **DO NOT WRITE BELOW THIS LINE** ───────

**RESPONSE**                    **DATE RECEIVED:** 2/6/01

You Are Being monitored Through Your Clinic Q 3 months Or more often As Your Conditions Requires.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) | Date: 2/6/01 |
|---|---|

Distribution:   White   -Returned to Inmate         Pink   -Retained by official responding, or if the response is to an
                Canary   -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 4-00)

─21─

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Mail Number: _____
Team Number: 2
Institution: TAYLOR

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☒ Medical
☐ Dental
☐ Other
DR. COLONE

| FROM: | Inmate Name DALE H. TUCKER | DC Number 734014 | Quarters B1129-S | Job Assignment | Date 2.9.01 |
|---|---|---|---|---|---|

## REQUEST

DR. COLONE; I HAVE RECEIPT OF REQUEST THAT MY CONDITION FOR CONGESTIVE HEART FAILURE WILL BE MONITORED EVERY 3-MONTHS. THAT IS NOT GOOD BECAUSE LANOXIN LEVEL IN BLOOD MUST BE CHECKED EVERY MONTH AT LEAST. AS WELL, POTASSIUM NOT CHECKED MONTHLY MEANS I COULD DIE. I HAVE ALREADY EXPERIENCED TOXIC LEVEL OF DIG SO I KNOW THAT WHAT I HAVE BEEN TOLD, "MONITOR EVERY 3 MONTHS" IS NOT MONITOR BUT QUARTERLY CHECK-UP. MY WEIGHT, PULSE, BLOOD/DRUG LEVEL AND LUNGS MUST BE CHECKED NO LESS THAN WEEKLY (AT HOME I GET 2X A WEEK) BECAUSE ANYTHING LESS IS NEGLIGENCE. HEART DISEASE IS NUMBER ONE KILLER AND I PAY FOR COMPETENT MEDICAL CARE AT HOME AND EXPECT NOTHING LESS HERE. I WAS TOLD BY DR. VISCARRA I AM CURED OF C.H.F. I DON'T CARE TO SEE HIM AGAIN. THANK YOU [signature] H. Tkr

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**   ~~2/9/01~~

## RESPONSE

**DATE RECEIVED:** 2/9/01 gb

You are misinformed. Lanoxin and potassium level not necessarily need to be taken monthly, specially if they are within normal limits; which they are. You were evaluated on 1/24/01 and found to be stable. So, a follow up in 90 days is appropriate. You may use the sick call system for further problems or wait for your next Chronic care clinic

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Denied** . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) [signature] | Date: 2/14/01 |
|---|---|

Colon, MD
Chief Health Officer
Taylor Correctional Institution

Distribution: White -Returned to Inmate   Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.
Canary -Returned to Inmate

DC6-236 (Revised 8-00)

-26-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST** RECEIVED

NOV 0 3 2000

(Instructions on Back)

Mail Number: _____
Team Number: __16__
Institution: __CFRC__

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☑ CEN FL RECEPTION CTR<br>HEALTH SERVICES | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other<br>Dr. Jamoni |
|---|---|---|---|---|---|

| FROM: | Inmate Name<br>Dale H. Tucker | DC Number<br>A-734014 | Quarters<br>C3-212L | Job Assignment<br>NA. | Date<br>11.2.00 |
|---|---|---|---|---|---|

**REQUEST**

I was called out last week. I went to medical and sat for hours for 2-days but no one knew why I was there. I am supposed to get flu and phenomia shots, glasses and need to talk to Dr. Jamoni about medication, adarax, and diet. For my congestive heart failure. Also lasicx 20mg does not seem to be strong enough, I have pressure in chest from fluid build up. I had blood drawn to determine digatallis or lanoxin level and never gotten results or doctoe's orders. These are all life threating other than glasses. Please schedule me to see Doctor A.S.A.P. Thank You

*[signature] Dale H. Thu*

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

──────────── **DO NOT WRITE BELOW THIS LINE** ────────────

**RESPONSE**                                    **DATE RECEIVED:** _____

*YOUR MEDICAL CONCERN*
*MAY BE ADDRESSED*
*AT ROUTINE SICK CALL*

FRANK PINEIRO
Health Information Specialist
Supervisor
Central Florida Recept. Center

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): *[signature]* | Date: 11/20/00 |
|---|---|

Distribution:   White   -Returned to Inmate        Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

─7─

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Mail Number: _____
Team Number: ___2___

| TO: (Check One) | ☒ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name DALE H. TUCKER | DC Number 734014 | Quarters B1129-S | Job Assignment F.S. | Date 2.9.01 |
|---|---|---|---|---|---|

## REQUEST

I Filed Formal Grievance, Log # 01-1-13, on or about 1.18.01 on Negligent Treatment By Dr. Vizcarra and I have not gotten a Response. Although My Grievance Receipt Is Dated, My Grievance Is Dated When It Was Filed. This Has Now Been Over 3-weeks. Can You look Into This To See If It's Been Lost Because The Purpose In Filing Was To Get Adequate Care And That Just Is Not Going To Happen. The Day I Left N.F.R.C. I Was Scheduled For Lab Blood Level of Dig Checked. I Have Not Been Re-Scheduled Here Yet. My Health Problem Is Congestive Heart Failure. Grievance Was Concerning The Fact That Dr. Vizcarra Told Me I Was Cured Which Is Ironic Seeing a #3000 Test Was Done On Me a Week Later. Please Respond To Grievance So We Can Settle This Health Care Issue Soon. DH Tucker

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

Grievance number 01-1-73 was receipted on 1/29/01. This office has (20) twenty days to respond. Twenty (20) days from 1/29/01 is 2/16/01. You should be receiving a response soon thereafter. If not, you can file on it.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Pratcher    Date: 2/13/01

Distribution:   White   -Returned to Inmate
                Canary  -Returned to Inmate
Pink   -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 4-00)

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
(Instructions on Back)

RECEIVED
JAN 16 2001
NORTH FLORIDA RECEPTION CENTER
QUALITY MANAGEMENT

Mail Number: _____
Team Number: ___20___
Institution: __N.F.R.C.__

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☑ Classification
☐ Security
☑ Medical
☐ Dental
☐ Other
MEDICAL DIRECTOR

| FROM: | Inmate Name DALE H. TUCKER | DC Number 734014 | Quarters C-2112-U | Job Assignment N.A. | Date 1.11.01 |
|---|---|---|---|---|---|

~~REQUEST~~ INFORMAL GRIEVANCE

ON 12.29.00 I HAD CALL OUT TO LAB TO HAVE BLOOD LEVEL OF LANOXIN (DIG) CHECKED. IT WAS LOW AND I WAS CALLED TO ROOM #12 BEFORE NOON ON THE SAME DAY. ON 1.9.01 I WENT TO LAB AGAIN FOR SAME CHECK, BUT I WAS NOT CALLED TO ROOM #12. ON THE NIGHT OF JAN. 9 I BECAME TIGHT CHESTED AND WAS DIZZY. I CLAIMED MEDICAL EMERGENCY AND THEN AFTER 45 MINUTES TO AN HOUR, NO ONE CAME. I TOLD DORM OFFICER WILLIAMS THAT SOME ANTACIDS MIGHT HELP, I FELT SOME RELIEF AND TOLD HIM SO. I REMAINED DIZZY. I DID NOT GO TO SICK CALL ON 1.10.01 BECAUSE DR. BUI TOLD ME ON 12.29.00, "I ~~KNOW~~ DO THINK YOU HAVE HEART PROBLEM." IN MORNING AT 7:30 ON JAN. 10, I FELL OVER WHILE STANDING URINATING. I PASSED OUT. I DID SAME AT 11:30 AFTER COUNT. I WAS SEEING YELLOW AND DOTS IN MY EYES, I WAS TOXIFIED BY (DIG) LEVEL, LANOXIN, LAB DID NOT ALERT DOCTOR AND THIS WAS NOT CORRECTED EVEN AFTER I CLAIMED MEDICAL EMERGENCY.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

**DATE RECEIVED:** 3/1/01 TC

RECEIVED
JAN 16 2001
NORTH FLORIDA RECEPTION CENTER
QUALITY MANAGEMENT

You were evaluated on 2/28/01 and your digoxin level will be drawn soon

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___Approved___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): _____ J. Cohn, MD
Chief Health Officer
Taylor/CO Correctional Institution
Date: 3/1/01

Distribution: White -Returned to Inmate
Canary -Returned to Inmate
Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

- 2a

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _____

**TO:**
**(Check One)**

☐ Warden   ☐ Classification   ☐ Medical   ☐ Other
☐ Asst. Warden   ☐ Security   ☐ Dental

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | | | | |

## REQUEST

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

**DATE RECEIVED:** _____

RECEIVED
JAN 16 2001
NORTH FLORIDA RECEPTION CENTER
QUALITY MANAGEMENT

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____.  (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|
| | |

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Distribution:   White   -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
             Canary   -Returned to Inmate                     informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

-40-

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

## TAYLOR CORRECTIONAL INSTITUTION

**MEMO TO:**    Inmate Tucker, Dale - DC# 734014

**FROM:**    Jim Witt, Assistant Warden

**DATE:**    May 1, 2001

**SUBJECT:**    **ADMINISTRATIVE APPEAL #01-6-10362**
**INSTITUTIONAL GRIEVANCE # 01-3.2 '5**

The Bureau of Inmate Grievance Appeals has instructed us to further respond to your grievance.

B. Kirksey, HSA, was contacted and provided the following response.   "Your record was reviewed and revealed the following:

1.    Your cholesterol level was taken on 10/11/00 at Central Florida Reception Center and taken again on 03/2701 at Taylor Correctional Institution.   Therefore, the cholesterol level <u>had been</u> checked within a six-month period.

2.    You were received at Taylor Correctional Institution on 01/16/01.   Dr. Benson last prescribed Lanoxin, Lasix, and Micro K for 90 days on 12/21/00.   On 01/16/01, Dr. Vizcarra prescribed Lanoxin, Lipitor and ASA to correspond with the 12/05/00 prescriptions by Dr. Beuson for three months.   Dr. Vizcarra examined you on 01/18/01.

3.    Dr. Benson, Cardiologist, last examined you on 12/05/00.   Since 04/05/01, you have refused to take Lanoxin despite counseling on three occasions.   The Chief Health Officer cancelled the follow-up to Dr. Benson since you have been non-compliant with Lanoxin, which Dr. Benson recommended."

Based on the above information, your grievance remains ***DENIED***.

You may again appeal this decision to Central Office within fifteen days if dissatisfied with the provided response.

JW/tlb

cc:    J. Clark Moody, Warden
      Bureau of Inmate Appeals
      Inmate File
      File

01 - 0351

MAILED/FILED
WITH AGENCY CLERK

MAR 29 2001

Department of Corrections
Bureau of Inmate Grievance Appeals
OFFICE OF HEALTH SERVICES

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED

FEB 2 6 2001

01 FEB 28 AM 11:08

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: Tucker  Dale  H.        A-734019  G1      Taylor  Correctional
      Last   First   Middle Initial       Number          Institution
                                                          016Q5503

| Part A – Inmate Grievance |
|---|

Attachments Include Formal Grievance Received Back 2.15.01. This Grievance Does Not Address What Was Grieved. (1) Dr. Vizcarra Is Neglegant; He Told Me I Was Cured And Did Not Have To Limit Any Activity; Regardless Of What He Wrote; Because Of His False Diagnosis I Was Assigned Manual Labor. Dr. Vizcarra Did Not Look At My Medical Record Prior To Examining Me, Made False Statements That Can Kill Me. I Have Congestive Heart Failure And I Am Sick, Very Sick. This Disease Cannot Be Cured And I Will Not Improve With Lack Of Strict, Closely Monitored Medical Treatment. All Of My Attempts To Get Monitored Are Denied As Attachments Say. Blood Level Of Lanoxin Weight Once Every 3 Months, Minimum Standards Set By American Heart Association. I Am Being Denied Medical Treatment And This Is Neglegance.

2.20.01
DATE

Dale H. Tucker
SIGNATURE OF GRIEVANT AND D.C. #
A-734019

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ____ /
                                                                    #    Signature

| PART B – RESPONSE |
|---|

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed. It is determined that the response made to you by Dr. Colon on 2/13/2001 appropriately addressed the issues presented by you. It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing. Records indicate that you have been monitored by the health care staff on a regular basis. You were seen by the cardiologist on 1/23/2001 and had a stress test done. You are also scheduled to be seen by the cardiologist once again in the very near future. You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Emile Baudoin d'Ajoux, IISC
3/8/2001

_(signature)_
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

_Chester Dickens_
SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

3-27-01
DATE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION

- 42 -

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: ______________________ ______________ ______________
Last First Middle Initial Number Institution

Part A – Inmate Grievance

[illegible]

DATE

SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____/____________
# Signature

PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. It shows Dr. Viacarra examined you on 01/18/01. Dr. Vizcarra documented that you have CHF by history. This means that your present health records do not mention a diagnosis of CHF by a physician. Due to presenting symptoms, you are being managed medically as if you do have CHF until your cardiac diagnostic work-up is completed. It is our policy to issue any necessary medical restrictions that are required until your work-up is complete and a definitive diagnosis is made. Your record will be reviewed by Dr. Vizcarra and the Chief Health Officer for medical restriction evaluation."

Based on the above information, your Request for Administrative Remedy or Appeal is ***denied***. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

**J. Colon, MD**
***Chief Health Officer***
***Taylor Correctional Institution***

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

TEAR ON PERFORATION

# INMATE REQUEST

DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: [illegible]
Team Number: [illegible]
Institution: [illegible]

TO: (Check One)

☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☐ Other [illegible]

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## REQUEST [illegible]

On 12.29.00 [illegible]
[illegible]
[illegible] 1.5.01 [illegible]
[illegible] #12 [illegible]
[illegible] I [illegible] Medical [illegible]
[illegible] 45 [illegible]
[illegible]
[illegible]
[illegible] 12.29.00 [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview...All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: ______

Never Received Response

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Date:

Distribution: White -Returned to Inmate Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.
Canary -Returned to Inmate

DC6-236 (Revised 8-00)

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number:
Team Number: [illegible]

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## REQUEST

[illegible]

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

[illegible]

[The following pertains to informal grievances only:

Based on the above information, your grievance is ____________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [illegible] Date: [illegible]

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 4-00)

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: 20
Institution: W. DRFC

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other DR. BENSON |
|---|---|---|---|---|

| FROM: | Inmate Name Dale H. Tucker | DC Number 734014 | Quarters G-2104 U | Job Assignment W.L. | Date 12.12.00 |
|---|---|---|---|---|---|

## REQUEST

Since my exam by Dr Benson, I have heard nothing
and I need to be going to stress test, check-up
and need passes and special diet he ordered.
I have nothing. Please schedule me for doctor not sick
call because Dr Benson said low cholestrol diet
and I've got nothing for over a week.
Thank you
Dale H. Tucker

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

You were scheduled to see physician and
cardiologist on 12/31/00

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Rose LPN          Date: 12.22.00

Distribution: White  -Returned to Inmate       Pink  -Retained by official responding, or if the response is to an
         Canary -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: 2
Institution: TAYLOR

**TO:**
(Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☒ Medical
☐ Dental
☐ Other
DR. COLONE

| FROM: | Inmate Name DALE H. TUCKER | DC Number 734014 | Quarters B1129-S | Job Assignment | Date 2.9.01 |
|---|---|---|---|---|---|

**REQUEST**

DR. COLONE; I HAVE RECEIPT OF REQUEST THAT MY CONDITION FOR CONJESTIVE HEART FAILURE WILL BE MONITORED EVERY 3-MONTHS. THAT IS NOT GOOD BECAUSE LANOXIN LEVEL IN BLOOD MUST BE CHECKED EVERY MONTH AT LEAST. AS WELL, POTASSIUM NOT CHECKED MONTHLY MEANS I COULD DIE. I HAVE ALREADY EXPERIENCED TOXIC LEVEL OF DIG SO I KNOW THAT WHAT I HAVE BEEN TOLD "MONITOR EVERY 3 MONTHS" IS NOT MONITOR BUT QUARTERLY CHECK-UP. MY WEIGHT PULSE, BLOOD/DRUG LEVEL AND LUNGS MUST BE CHECKED NO LESS THAN WEEKLY (AT HOME I GET 2X A WEEK) BECAUSE ANYTHING LESS IS NEGLIGENCE. HEART DISEASE IS NUMBER ONE KILLER AND I PAY FOR COMPETENT MEDICAL CARE AT HOME AND EXPECT NOTHING LESS HERE. I WAS TOLD BY DR. VISCAERA I AM CURED OF C.H.F. I DON'T CARE TO SEE HIM AGAIN. THANK YOU [signature] H. T___

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** 2/9/01

You are misinformed. Lanoxin and potassium level not necessarily need to be taken monthly. Presently if they are within normal limits which theirs [___] You are evaluated on [___] and found to be [___] to a falling within [___] to [___] You may use the sick call system for further questions or wait for your next Chronic care clinic

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ Denied _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): [signature] | Date: 2/14/01 |
|---|---|

Distribution:   White   -Returned to inmate   Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to inmate   informal grievance then forward to be placed in inmate's file.
J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

DC6-236 (Revised 8-00)

-47-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

**(Instructions on Back)**

Mail Number: _____
Team Number: _____

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | | | #5 | |

## REQUEST

_[handwritten text, illegible]_

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

_[handwritten response, illegible]_

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Distribution:   White   -Returned to Inmate
               Canary  -Returned to Inmate

Pink   -Retained by official responding, or if the response is to an
        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 4-00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
APR 10 2001
Inmate Grievance Appeals

MAY 07 2001
Appeals

TO: ☐ Superintendent ☐ Assistant Superintendent ☒ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.    734014    TAYLOR CORRECTION INS
Last Name, First, Middle Initial    Number 01    Institution

G161632 7

### PART A – INMATE GRIEVANCE

IN ATTACHED GRIEVANCE, I COMPLAIN ABOUT LANOXIN TOXIC EFFECTS, I AM GIVEN NO ALTERNATIVES OF MEDICATION. AFTER GOING TO SICK CALL TWICE AT N.F.R.C. AND AT G.F.R.C. AND GIVEN COUGH MEDICATION, TOLD I "DON'T HAVE A HEART PROBLEM" IT SEEMS THAT TO CONTINUE TO GO TO SICK CALL IS NOT THE ANSWER, I HAVE SUBMITTED REQUESTS TO DOCTOR COLONE AND ATTACHED IS A REQUEST TO MS. KIRKSEY, I HAVE HAD TO SIGN OFF ON LIFE SUPPORTING MEDICATION BECAUSE DR. COLONE KNOWS OF NO ALTERNATIVE, DR. COLONE IS NOT A CARDIOLOGIST AND I NEED CARDIOLOGIST TO LOOK AT TESTS AND DIAGONISIS CONDITION, THIS HAS NOT BEEN DONE SINCE I SAW DR. BENSON ON 12.5.00.

4.5.01
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___/___
# Signature

### PART B – RESPONSE

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed. It is determined that the response made to you by Dr. Colon on 4/2/2001 appropriately addressed the issues presented by you. It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing. Records indicate that you are scheduled for a follow-up with a physician in the near future and at that time you may present any concerns that you have. Specialty consults are ordered by your Chief Health Officer when in his/her judgement a medical need is presented.

Emile Baudoin d'Ajoux, IISC
4/19/2001

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

5-1-01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

01-3.265

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent   ☐ Assistant Superintendent   ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.                         734014   TAYLOR CORRECTIONAL
Last Name, First, Middle Initial                 Number       Institution

---

### PART A – INMATE GRIEVANCE

I TAKE LANOXIN A DRUG FOR HEART FAILURE. I HAVE HAD PROBLEMS TAKING THIS DRUG. I HAVE GONE TO SICK CALL AT N.F.R.C. AND C.F.R.C. AND EVEN TOLD – "I DON'T THINK YOU HAVE HEART PROBLEM" BY DOCTOR VIZCARRA BUT, SICK CALL WAS NOT THE ANSWER, I HAVE BEEN DIZZY AND EVEN PASSED OUT FROM THIS DRUG. THERE ARE BETTER, MORE EFFECTIVE DRUGS, BETA-BLOCKERS, THAT DO NOT HAVE ADVERSE REACTIONS LIKE LANOXIN. ADDITIONALLY, P.D.R. SAYS THAT A CAUTIOUS WITHDRAW OF THIS MEDICATION MAYBE CONSIDERED, ESPECIALLY IF LEVEL IS DIFFICULT TO REGULATE. BECAUSE I AM NOT MONITORED BY A QUALIFIED CARDIAC SPECIALIST WHO SUGGESTED RADIONUCLIDE CINEANGIOGRAM FIRST, BUT I HAVE NOT SEEN SINCE 12.5.00 I AM NOT MONITORED BY DOCTOR WHO IS FAMILIAR WITH CARDIAC SO MY LIFE IS IN TERRIBLE DANGER.

3.19.01
Date

Dale H. Tucker
Signature of Grievant and D.C.# 734014

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                                        #          Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. Your condition is monitored via the chronic illness clinic procedures. Your Lanoxin blood level is not above the normal range. All physicians employed at Taylor Correctional Institution are licensed physicians who are trained to manage serious health conditions. Therefore, your are monitored by physicians who are familiar with cardiac diseases."

Based on the above information, your Request for Administrative Remedy or Appeal is **denied**. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

4/2/01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.        -52-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

TO:   ☒ Superintendent   ☐ Assistant Superintendent   ☐ Secretary, Florida Department of Corrections

FROM: TUCKER DALE H.                          73404   TAYLOR CORRECTIONAL
     Last Name, First, Middle Initial               Number      Institution

---

### PART A – INMATE GRIEVANCE

ON OCTOBER 21, 2000 D.O.C. PRESCRIBED .25MG. OF LANOXIN
A DRUG THAT SLOWS HEART BEAT. FOR SIX MONTHS I HAVE
BEEN TAKING DOUBLE THE DOSAGE RECOMMENDED BY THE
MANUFACTURER. THIS MEANS THAT I CAN'T STAY AWAKE,
I HAVE A TERRIBLE RASH, WALK 'DRUNK DOWN' THE SIDEWALK
PATH, THEN, WHEN IT GETS VERY HIGH, I SEE YELLOW
SPOTS, GASP FOR AIR, COUGH CONSTANTLY AND HAVE PASSED
OUT ON OCCASSION, DIZZY AND FALLING OVER IS NOT
THERAPUTIC. WHEN, IN PAST, I COMPLAINED ABOUT THIS, I HAVE
BEEN GIVEN COUGH MEDICINE AND TOLD I DO NOT HAVE A HEART
PROBLEM. THIS IS CLEARLE NEGLEGENCE + DELIBERATE INDIFFERENCE.
       REFER TO 01-3.225

3.15.01                                    Signature of Grievant and D.C.# 73404
Date                                       Signature of Grievant and D.C.#

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____

                                                    #          Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kimsey, HSA, was contacted and provided the following response. "Your record was reviewed. On December 5, 2000, Dr. Benson, Cardiologist, who recommended that you take .25mg of Lanoxin, saw you. According to your prescriptions and the pharmacist, you have been given Lanoxin as recommended. Since your arrival to Taylor Correctional Institution your record does not show that you have assessed sick call for any of the alleged symptoms you mentioned above. In addition, your recent Lanoxin blood level is NOT above normal range."

Based on the above information, your Request for Administrative Remedy or Appeal is ***denied***. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or                  Signature of Superintendent,              Date
Printed Name                            Assistant Superintendent, or
of Employee Responding                  Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.          — 50 —

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Mail Number: ______
Team Number: [illegible]
Institution: [illegible]

**TO: (Check One)**

- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [x] Medical
- [ ] Dental
- [ ] Other

[illegible]

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## REQUEST

[illegible]

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

**DATE RECEIVED:** [illegible]

[illegible]

BARBARA KIRKSEY, M.S.N.
Health Service Administrator
Taylor Correctional Institution

[The following pertains to informal grievances only:

Based on the above information, your grievance is [illegible]. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [illegible] Date: [illegible]

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

[illegible]

STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**
APR 30 2001

TO: ☐ Superintendent    ☐ Assistant Superintendent    ☒ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H,        Number 734014  Institution TAYLOR CORRECTIONAL

Last Name, First, Middle Initial        Number [3]    Institution

0161036Z

### PART A – INMATE GRIEVANCE

In Attached Grievance Blood Cholesterol Not Checked For 6-Months But I Continue To Take Lipitor - A Cholesterol Lowering Medication On 3.26.01 My Blood Cholesterol Was Determined As 170. I Was Still Perscribed Lipitor Until 4.2.01, When I Asked To Be Taken Off Of It. Dr. Colone Did Not Order Such Until I Could Talk To Him Although My Record Showed I Did Not Need It And Never Did According To A Cardiologist, Dr. Rosenfield! Second Opinion. The Medical Care I Have Received Is Terrible For A Life Threatening Disease.

4.5.01
Date

Signature of Grievant and D.C.# 734014

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____/_____

\#      Signature

### PART B – RESPONSE

Your administrative appeal has been received, evaluated and referred to the Warden for appropriate handling and action.

The institution will be providing you with a response once their review has been completed.

If you feel that the institutional response does not adequately resolve the issue, you may once again appeal to this office within 15 days from the date of the institutional response.

Based on this action, your grievance is approved for further inquiry.

Tammy Graham
Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

4-18-01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.    -53-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: Ticker, Dale H.     734014    Taylor Correctional
      Last Name, First, Middle Initial     Number     Institution

---

**PART A – INMATE GRIEVANCE**

On 12.5.2000 Dr. Benson at N.F.R.C. Put me on Lipitor And Ascpin For Cholesterol Lowering In Hopes of Treating My Heart. I Have Congestive Heart Failure. I Was Not Put On Low-Cholesterol Diet. My Cholesterol Level Has Not Been Checked For 6-Months. I Have Not Seen Dr. Benson In Over 3-Months. Dr. Vizcarra Also Re-Write Persecriptions Without Checking It I Needed To Take These Drugs. I Have a 230 mg. Level "If You Have A Level of 220 cc Above And Under 65 You Should Follow A Prudent Diet" Second Opinion: Dr. Rosenfeld 1991: Fr. M.C. Doctor Rosenfeld Is A Heart Specialist. I Am Taking Wrong Medication And No Low-Cholesterol Diet.

Date 2.19.01     Refer To #01,3215     Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   1  

              #      Signature

---

**PART B – RESPONSE**

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

Your complaints were not written in a manner that can be clearly understood. Resubmit with clear and concise statements.

Based on the above information, your Request for Administrative Remedy or Appeal is *returned without action*.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or       Signature of Superintendent,       Date
Printed Name           Assistant Superintendent, or
of Employee Responding      Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.    54

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
APR 10 2001
Department of Corrections
Bureau of Inmate Grievances

TO: ☐ Superintendent   ☐ Assistant Superintendent   ☒ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.          734014   TAYLOR Correctional Inst.   016|0326
Last Name, First, Middle Initial     Number          Institution

### PART A – INMATE GRIEVANCE

Dr. Vizcarra on 1.24.01 Failed To Look At My Medical Record And Gave Me Advice That Could Have Killed Me, Had I Not Known Better. He Is A Doctor And His Advice Is Care. The Impropper Care By A Doctor Is Considered To Be False Treatment. If I Have A Heart That Sounds O.K. And My Medical Record Says I Take Heart Medication, How Can My Heart Be O.K. This Doctor Did Not Look At Record And Re-Wrote Perscriptions Without Knowing My Present Condition. This Is Impropper Diagonosis.

4.5.01
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ____
                                                                          #        Signature

### PART B – RESPONSE

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed. It is determined that the response made to you by Dr. Colon on 4/2/2001 appropriately addressed the issues presented by you. It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Emile Baudoin d'Ajoux, IISC
4/19/2001
Signature and Typed or
Printed Name
of Employee Responding

Orlester Dickens

5-1-01
Date

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.   -55-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.  724014 TAYLOR CORRECTIONAL
   Last Name, First, Middle Initial   Number  Institution

---

### PART A – INMATE GRIEVANCE

ON OR ABOUT JANUARY 21 2001 I WAS EXAMINED BY DR. VIZCARRA
HE TOLD ME I DID NOT HAVE A HEART PROBLEM. HE ALSO
TOLD ME I DID NOT HAVE TO LIMIT ANY ACTIVITY.
HE HAD MY MEDICAL RECORD AND I HAVE BEEN IN THE
CUSTODY OF D.O.C. SINCE SEPTEMBER 15, 2000. DR. VIZCARRA
WROTE PERSCRIPTIONS FOR MEDICATIONS BUT DID NOT LOOK
AT MY MEDICAL RECORD THAT MUST SAY I HAVE CONGESTIVE
HEART FAILURE. I HAVE A LIFE THREATENING CONDITION
AND DR. VIZCARRA'S PERFORMANCE WAS NEGLIGENT. HIS ADVICE
COULD HAVE KILLED ME AND HE HAD A MEDICAL RECORD TO
GO BY. THIS IS CULPABLE NEGLIGENCE.

REFER TO # C1-3.215

3.15.01
Date

Signature of Grievant and D.C.# 724014

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ /
                      #       Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

S. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed and Dr. Vizcarra interviewed. Dr. Vizcarra stated that he listened to your heart on 01/24/01 and commented 'your heart sounds okay.' He denied telling you that you did not have a diagnosed 'heart disease.' At that time, a cardiologist who had recommended further diagnostic testing had already seen you. A review of the documentation by Dr. Vizcarra reflects that he had reviewed your medical record."

Based on the above information, your Request for Administrative Remedy or Appeal is **denied.** You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

_____
Signature and Typed or
Printed Name
of Employee Responding

_____
Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

1-1-01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

MAY 16 2001                                                    APR 18 2001

TO:  ☐ Warden    ☐ Assistant Superintendent    ☒ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.                    734014    TAYLOR CORRECTIONAL
     Last Name, First, Middle Initial        Number      Institution

                                                         0 16 11456

---

### PART A – INMATE GRIEVANCE

WHEN I WAS SEEN BY DR. VIZCARRA, HE TOLD ME I DO NOT HAVE A HEART PROBLEM. HE DID NOT ISSUE ANY RESTRICTED ACTIVITY PASS UNTIL 2.8.01 WHICH I DID NOT PICK UP UNTIL CALLED ON 2.16.01. DR. VISCARRA ADDITIONALLY SAID AFTER HE PUSHED HIS FINGER ON MY STOMACH; "SEE, YOUR NECK DOES NOT STICK OUT WHEN I PUSH ON YOUR STOMACH SO YOU DON'T HAVE HEART PROBLEM." I ASKED HIM IF I SHOULD RESTRICT ANY ACTIVITY AND HE SAID, "NO." SEE ATTACHED GRIEVANCES

4.13.01
Date                                      Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ /_____
                                                            #            Signature

---

### PART B – RESPONSE

**Appeal Denied:**

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed. This office is unable to corroborate your allegations against Dr. Vizcarra. It is determined that the response made to you by Dr. Colon on 4/2/2001 appropriately addressed the issues presented by you.

**Emile Baudoin d'Ajoux, IISC**
**5/7/2001**

Signature and Typed or                  Signature of Superintendent,        5-10-01
Printed Name                            Assistant Superintendent, or        Date
of Employee Responding                  Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.  -57-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

01-3.257

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H,                734014  TAYLOR CORRECTIONAL
Last Name, First, Middle Initial                Number        Institution

---

### PART A – INMATE GRIEVANCE

ON OR ABOUT JANUARY 21-2001 I WAS EXAMINED BY DR. VIZCARRA HE TOLD ME I DID NOT HAVE A HEART PROBLEM. HE ALSO TOLD ME I DID NOT HAVE TO LIMIT ANY ACTIVITY. HE HAD MY MEDICAL RECORD AND I HAVE BEEN IN THE CUSTODY OF D.O.C. SINCE SEPTEMBER 15, 2000. DR. VIZCARRA WROTE PERSCRIPTIONS FOR MEDICATIONS, BUT DID NOT LOOK AT MY MEDICAL RECORD THAT MUST SAY I HAVE CONGESTIVE HEART FAILURE, I HAVE A LIFE THREATENING CONDITION AND DR. VIZCARRA'S PERFORMANCE WAS NEGLEGENT. HIS ADVICE COULD HAVE KILLED ME AND HE HAD A MEDICAL RECORD TO GO BY. THIS IS CULPABLE NEGELENCE.

REFER TO #01-3.215

3.19.01
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
# Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed and Dr. Vizcarra interviewed. Dr. Vizcarra stated that he listened to your heart on 01/24/01 and commented 'your heart sounds okay.' He denied telling you that you did not have a diagnosed 'heart disease.' At that time, a cardiologist who had recommended further diagnostic testing had already seen you. A review of the documentation by Dr. Vizcarra reflects that he had reviewed your medical record."

Based on the above information, your Request for Administrative Remedy or Appeal is **denied**. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

4/2/01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. —58-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO:  ☒ Superintendent  ☐ Assistant Superintendent  ☐ Secretary, Florida Department of Corrections

FROM: _Tucker, Tale, Li._          _7344   Taylor Correctional_
Last Name, First, Middle Initial        Number        Institution

---

### PART A – INMATE GRIEVANCE

On February 20, 01, Dr. Viccarea examined me. He told me that I don't have a heart problem and that I do not have to limit my activity. I have heart failure, since I have been at Taylor, I have received no close monitoring. Please re-examine it. I do not have heart failure. A qualified practitioner to examine me and my medical record because tests have been done but it is not like a heart problem. According to Dr. Viccarea, he is not able to determine what these tests say. His qualifications makes minimal to cardiac, however I require adequate, competent treatment which I am not receiving here. Additionally Dr. Viccarea I have not seen since he told me this. And by his advice alone, I could easily over exert myself, have a heart attack and die.

2-20-01         Signature of Grievant and D.C.# 7344
Date

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ /

 #                Signature

---

### PART B – RESPONSE

Your grievance is being **returned** without further processing in accordance with Chapter 33-103, "A decision has already been rendered to you by a particular office on the issue currently being grieved before it." Reference Grievance Log Number 01-3 257

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or          Signature of Superintendent,          Date
Printed Name                    Assistant Superintendent, or
of Employee Responding          Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.   59

**MAILED / FILED
WITH AGENCY CLERK**

**APR 2 7 2001**

TO: Department of Corrections
Bureau of Inmate Grievance Appeals

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

APR 1 0 2001
Department of Corrections
Inmate Grievances

TO: ☐ Superintendent   ☐ Assistant Superintendent   ☒ Secretary, Florida Department of Corrections

FROM:  DALE,  H,                    73404      TAYLOR CORRECTIONAL
Last Name, First, Middle Initial          Number          Institution

0161032 8

---

**PART A – INMATE GRIEVANCE**

THE ATTACHED GRIEVANCE WAS ANSWERED AFTER THE DATE IN FILING
WITH A RESPONSE TO A PROBLEM AFTER IT WAS GRIEVED, THE GRIEVANCE
FAILS TO ADDRESS THE FACT THAT LEVELS OF ESSENTIAL ELEMENTS
WERE NOT MONITORED BEFORE 3.26.01 SIX MONTHS. DURING
THIS SIX MONTHS I BECAME VERY ILL FROM A BLOOD LEVEL
DRUG WHICH IS VERY CLOSE TO TOXIC AS TO THERAPUTIC. THIS MAY
NOT BE NEGLIGENCE, BUT IT IS NOT EFFICIENT MEDICAL CARE,

4. 5. 01
Date

Signature of Grievant and D.C.# 73404

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ /
                                                                            #        Signature

---

**PART B – RESPONSE**

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully reviewed.
Records available to this office were also reviewed. It is determined that the response made to
you by Dr. Colon on 4/2/2001 appropriately addressed the issues presented by you. It is the
responsibility of your Chief Health Officer to determine the appropriate treatment regimen for
the condition you are experiencing. Records indicate that you have refused follow-up care.
Please be advised that when an inmate refuses treatment he must take on some of the
responsibility for any adverse effects that may occur. You are scheduled for a follow-up again
with the physician in the very near future. You are encouraged to cooperate and present any
concerns that you may have to your health care staff.

Emile Baudoin d'Ajoux, IISC
4/18/2001

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

4-20-01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.   — 60 —

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: Tucker, Dale, H _____ 734014   Taylor Correctional
Last Name, First, Middle Initial                                   Number        Institution

---

**PART A – INMATE GRIEVANCE**

I AM A HEART PATIENT. I HAVE CONGESTIVE HEART FAILURE.
I TAKE MEDICATION THAT DEPLEATS MY BODY OF CALCIUM,
POTASSIUM AND OTHER MINERALS. IT IS VERY IMPORTANT THAT
POTASSIUM AND CALCIUM LEVELS BE MAINTAINED AND CHECKED.
I ENTERED D.O.C. IN OCTOBER 2000. THIS IS THE LAST TIME
MY POTASSIUM AND CALCIUM LEVELS WERE CHECKED. NOT HAVING
PROPER LEVELS CAN CAUSE HEART ATTACK. THIS LEVEL NOT
BEING CHECKED OR MONITORED IS NEGLIGENCE AND PUTS
MY LIFE IN JEPORDY. THE DEPARTMENT KNOWS MY
MEDICAL HISTORY AND NOTHING IS BEING DONE TO MONITOR
ME AND CONSEQUENTLY SHORTENING MY LIFE SPAN.

REFER TO #01-3,215

3.19.01 _____                                   _Dale H. Tucker_
Date                                   Signature of Grievant and D.C.# 734014

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                                                      #        Signature

---

**PART B – RESPONSE**

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. It reflects that your condition is being monitored on a regular basis via the chronic illness clinic procedures. Your electrolyte blood tests were last prescribed on 03/26/01. Dr. Colon has already advised you, via inmate request, that these electrolytes do not have to be done monthly. You have already been scheduled to discuss your health concerns with Dr. Colon, Chief Health Officer. It is outside the scope of the grievance procedure to address legal allegations such as 'negligence'. Negligence may only be determined by a judge or jury."

Based on the above information, your Request for Administrative Remedy or Appeal is denied. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500

J. Colon, MD,
Chief Health Officer
Taylor Correctional Institution _____       _K. W. _____       _6-1-01_
Signature and Typed or                                   Signature of Superintendent,                       Date
Printed Name                                   Assistant Superintendent, or
of Employee Responding                                   Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. —6-1—

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAILED / FILED
WITH AGENCY CLERK

MAY 16 2001

APR 18 2001

Department of Corrections
Bureau of Inmate Grievance
Appeals

Inmate Grievance

TO: ☐ Superintendent   ☐ Assistant Superintendent   ☒ Secretary, Florida Department of Corrections

FROM: WHEELER, DALE, H.        734014      TAYLOR CORRECTIONAL
Last Name, First, Middle Initial     Number     Institution

0161454

### PART A – INMATE GRIEVANCE

I HAVE A LIFE THREATENING HEART CONDITION, I HAVE PROBLEMS DOCTOR COLON CANNOT ANSWER, I HAVE ASKED HIM AND HE DOES NOT KNOW. Dr. COLON IS NOT A CARDIOLOGIST AND A HEART DOCTOR KNOWS THE HEART AND CAN CORRECT THESE AND I HAVE NOT SEEN NOR HAVE MY RECORDS BEEN EVALUATED BY A TRAINED CARDIOLIGIST. I LAST SAW A CARDIOLIGIST ON 12.5.00. MY TESTS HAD NOT BEEN DONE AT THAT TIME SO THEY HAVE NOT BEEN REVIEWED

4.13.01
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
# _____ Signature

### PART B – RESPONSE

**Appeal Denied:**

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed. It is determined that the response made to you by Dr. Colon on 4/9/2001 appropriately addressed the issues presented by you. It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing. Specialty consults are ordered by your Chief Health Officer when in his/her judgement a medical need is presented. Records indicate you were seen by a cardiologist on 1/23/2001. You are scheduled to be seen by Dr. Molina in the near future and you are encouraged to discuss your health concerns at that time. Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

Emile Baudoin d'Ajoux, IISC
5/7/2001

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

5-10-01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. -62-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: _Teague, Hale, H._  _75414   Taylor Correctional_

Last Name, First, Middle Initial        Number        Institution

### PART A – INMATE GRIEVANCE

_[handwritten text]_

"Lasix almost permanently depleted her body's potassium, a life-threatening situation for anyone taking the heart medication Lanoxin, like it... Action preventable before taking the Alkus (Lanoxin) to prevent such occurring heart symptoms." This last fact, I take Lasix and Lanoxin, I take a potassium supplement. I am not being monitored for my potassium level by a heart specialist. I have not seen a heart specialist in 8-months or longer. My blood level for potassium was last checked for 6-months. I am not taking the vitamins that my doctor prescribed at home. A co-enzyme Q-10, "E" calcium and magnesium, daily calcium, selium, multivitamin, iron and low cholesterol. I was told this hospital or medical treatment facility would be a Taylor and I am not receiving it.

_Date_ 3-21-01

_Signature of Grievant and D.C.#_ 75414

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____

# Signature

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. DC policy does not require a heart specialist to monitor your condition. The on-site treating physicians have this responsibility and they will refer you to a cardiologist only as medically indicates. Dr. Colon, CHO, has already ordered the necessary lab tests. You are no longer under the care of your doctor 'at home'. You are in the Florida Department of Corrections' custody. You may arrange for us to receive your records from you 'at home' doctor via Health Records."

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

_Date_

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. -63-

MAILED/FILED
WITH AGENCY CLERK

MAY 16 2001

Department of Corrections
Bureau of Inmate Grievance Appeals

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

APR 18 2001

TO: ☐ Warden ☐ Assistant Superintendent ☒ Secretary, Florida Department of Corrections
Bureau of Inmate Grievance Appeals

FROM: TUCKER, DALE, H.    734014    TAYLOR CORRECTIONAL
Last Name, First, Middle Initial    Number    Institution

B161145S

| PART A – INMATE GRIEVANCE |
|---|
| In Attached Grievance; I have discussed this problem with Dr. Colon; He had no Solution; He is CHO. The only Solution is not to take the drug. This is Life Threatening Diagnosis made by Not a Cardiologist who Does not know what Results will be. "Is There Another Drug?" "I Don't Know" I quit taking drug Because I Do not have a Cardiologist To Check My Condition And Advise Me of My Condition. |

4.13.01
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __1__
# _____ Signature

| PART B – RESPONSE |
|---|

**Appeal Denied:**

Your request for administrative remedy was received at this office and it was carefully reviewed. Records available to this office were also reviewed. It is determined that the response made to you by Dr. Colon on 4/9/2001 appropriately addressed the issues presented by you. It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing. Specialty consults are ordered by your Chief Health Officer when in his/her judgement a medical need is presented. Records indicate you were seen by a cardiologist on 1/23/2001. You are scheduled to be seen by Dr. Molina in the near future and you are encouraged to discuss your health concerns at that time. Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

Emile Baudoin d'Ajoux, IISC
5/7/2001
Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

5-10-01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. —64—

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO:  ☒ Superintendent  ☐ Assistant Superintendent  ☐ Secretary, Florida Department of Corrections

FROM: _____   _____   _____
　　　　Last Name, First, Middle Initial　　　Number　　　Institution

---

**PART A – INMATE GRIEVANCE**

I have congestive heart failure, I take Lanoxin .25 mg & a day. In planning with a cardiologist I am told that I should be taking 1/2 of this amount dose. I have experienced toxic effects (fatigue, muscle weakness, agitation, vertigo, dizziness, blurred vision, seeing yellow spots, etc.). I feel it was that I feel may be difficult to declare, that to be effective, the dose must be very close to that amount has to be monitored carefully. The adverse effects may include return increased sensitivity of C.H.F. an irregular heartbeat, digitalis levels ...

Date _____     Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#　　Signature

---

**PART B – RESPONSE**

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record shows you are receiving Lanoxin .25 mg as prescribed by a cardiologist. It shows you are also receiving a supplementary medication, Potassium. If you are experiencing 'toxic effects', you have the option to declare a medical emergency or to advise the nurse via sick call procedures. Negligent medical care may only be determined via a judge and/or jury. Dr. Colon has previously ordered lab work for you."

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or　　　　Signature of Superintendent,　　　　Date
Printed Name　　　　　　　　Assistant Superintendent, or
of Employee Responding　　　　Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. -65-

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☒ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | | | | |

## REQUEST

Ms. Kirksey I I would like to talk with my Doctor about changing my medications. I have been having adverse reactions to [illegible] heart failure.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

## DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: _____

BARBARA KIRKSEY, M.S.N.
Health Service Administrator
Taylor Correctional Institution

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Distribution:   White    -Returned to Inmate
Canary    -Returned to Inmate

Pink   -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _2C_____
Institution: _N.F.R.C._____

RECEIVED JAN 11 2001
NORTH FLORIDA RECEPTION CENTER
QUALITY MANAGEMENT

TO:
(Check One)
☒ Warden   ☐ Classification   ☒ Medical   ☐ Other
☐ Asst. Warden   ☐ Security   ☐ Dental

MEDICAL DIRECTOR

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Dale H. Tyler | 734014 | C-2112-U | N.A. | 1.7.01 |

**REQUEST**   INFORMAL GRIEVANCE

I HAVE CONGESTIVE HEART FAILURE. I SAW DR. BENSON ON 12.5.00 AND HE ADDED CELESTROL MED. LIPITOR + ASPRIN TO CLEAN CELESTROL OUT OF MY BLOOD SYSTEM. I ASKED DR. BENSON ABOUT LOW CELESTROL DIET AND HE SAID ALL REGULAR DIET IS LOW CELESTROL. THIS IS A LIE AND I AM NOT RECEIVING PROPER MEDICAL ATTENTION AND I TRIED SICK CALL AND THAT DIDN'T WORK EITHER. I HAVE GOTTEN WORSE SINCE I HAVE GOTTEN HERE. DR. BENSON DID NOT GIVE ME LOW BUNK WHEN ALL C.H.F. PATIENTS IN DORM HAVE LOW BUNK PASSES. I HAVE NOT SEEN DOCTOR SINCE 12.5.00 AND SINCE HE IS NOT ON STAFF, I MAY NEVER SEE HIM.   THANK YOU

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED: 3/1/01   TCI

Transferred to Taylor CI
You were evaluated 2/28/01 and your digoxin level will be drawn soon.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ___Approved___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____   Date: 3/1/01

Colon, MD
Chief Health Officer
Taylor Correctional Institution

Distribution:   White   –Returned to Inmate   Canary   –Returned to Inmate after response or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

-67-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: __2 0__
Institution: __N.F.R.C.__

**TO:** (Check One)
☒ Warden   ☐ Classification   ☒ Medical   ☐ Other
☐ Asst. Warden   ☐ Security   ☐ Dental   MR. ACHWIG : MEDICAL DIRECTOR

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | DALE H. TUCKER | 734614 | C-2112-U | N.A. | 1.11.0L |

**REQUEST** INFORMAL GRIEVANCE

ON 1.9.01 I WAS OVER TOXIFIED WITH LANOXIN. I CLAIMED MEDICAL EMERGENCY. I HAVE C.H.F. I COMPLAINED OF CHEST PAINS. NOTHING WAS DONE. ON 1.8.01 LANOXIN LEVEL WAS CHECKED. I WAS NOT NOTIFIED OF LEVEL HIGH OR LOW. ON 1.9.01 I BLACKED OUT TWICE AND FELL OVER WHILE URINATING. MANY IN DORM ASKED IF I WAS O.K. ON 1.11.01 I HAD MEDICAL CALL OUT FOR ROOM #12 AT 1:00 P.M. I WENT AND WAS TOLD THEY DID NOT HAVE TIME TO SEE ME. I TOLD THEM ABOUT MY PROBLEM LISTED ABOVE. I WENT TO LAB TO FIND OUT LANOXIN LEVEL, THEY SAID THEY KNEW NOTHING TO GO TO E.R. I WENT TO SPECIALTY CLINIC AND REQUESTED APPOINTMENT WITH DOCTOR BENSON A.S.A.P. THEY SAID IN 2 WEEKS AND I TOLD THEM I COULD NOT TAKE CHANCE WITH NOT TAKING OR TAKING TOO MUCH LANOXIN, THEY SAID THEY COULD DO NOTHING. I AM GRIEVING NO MEDICAL CARE, INADEQUATE AND LIFE THREATING

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. CONDITIONS, I COULD DIE

_____ DO NOT WRITE BELOW THIS LINE _____

**RESPONSE**    DATE RECEIVED: 3/1/01  TCI

You were evaluated on 2/28/01 and your digoxin level will be drawn soon.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Approved_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

Official (Signature): _J. Colon, MD_   Date: _3/1/01_
Chief Health Officer
Taylor Correctional Institution

Distribution:   White   -Returned to Inmate    -Retained by official responding, or if the response is to an
Canary   -Returned to Inmate    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

01-024

01-1.73

STATE OF FLORIDA

DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: Tucker Dale H. _____    A-734014 _____    Taylor Correctional
      Last   First   Middle Initial    Number    Institution

---

### Part A – Inmate Grievance

ON 1.19.01 I HAD A MEDICAL CALL OUT FOR 0800. I REPORTED AND BROUGHT PERSCRIPTION I HAD AND EXPLAINED TO MS. SINGLETARY THAT 2-LIFE SUPPORTING MEDICATIONS WERE DUE TO BE REFILLED ON 1.18.01, THE DAY BEFORE. I WAS RESCHEDULED TO SEE DOCTOR AT 1:00 P.M. I RETURNED AND SAW DR. EULOGIO VIZGARRA. DR. VIZGARRA, AFTER 5-MINUTE EXAM TOLD ME "YOU DO NOT HAVE CONJESTIVE HEART FAILURE ANYMORE." I ATTEMPTED TO EXPLAIN TO DOCTOR THAT C.H.F. IS A TERMINAL DISEASE AND NEVER GOES AWAY. THAT 3-DOCTORS ADVISED ME OF THIS IN SARASOTA AND DR. BENSON AT N.F.R.C. DOCTOR VIZGARRA HAS GIVEN ME FALSE MEDICAL ADVICE AFTER I ASKED HIM FOR PROPER ADVICE. HE FAILED TO INFORM INSTITUTION THAT I AM SICK AND UNABLE TO DO MANUAL WORK, STAND LONG PERIODS OR DO ANY PHYSICAL WORK TO MAKE MY HEART BEAT FAST CAUSING HEART FAILURE. DR. VIZGARRA HAS JEOPORDIZED MY LIFE WITH NEGLEGANT MEDICAL DIAGNOSIS.

1.22.01 _____    _____ 734014
DATE                SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ /
                                                                            #    Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. It shows Dr. Viacarra examined you on 01/18/01. Dr. Vizcarra documented that you have CHF by history. This means that your present health records do not mention a 'diagnosis' of CHF by a physician. Due to presenting symptoms, you are being managed medically as if you do have CHF until your cardiac diagnostic work-up is completed. It is our policy to issue any necessary medical restrictions that are required until your work-up is complete and a definitive diagnosis is made. Your record will be reviewed by Dr. Vizcarra and the Chief Health Officer for medical restriction evaluation."

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

_____    _____    7/3/01
SIGNATURE AND TYPED OR PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR    DATE
OF EMPLOYEE RESPONDING    SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
TEAR ON PERFORATION    -69-

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

O⊦3.2I7

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO:  ☒ Superintendent  ☐ Assistant Superintendent  ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.
Last Name, First, Middle Initial

734014   TAYLOR CORRECTIONAL
Number        Institution

---

### PART A – INMATE GRIEVANCE

In Attached Grievance – the Neclegent Medical care I am Receiving Is Against the Law. The Care I Get Is'nt From Qualified Personal. The Condition I Have Is Life Threatening, I was last Seen By Dr. Benson, who Perscribed Lipitor on 12.5.00 No one Has Checked Cholesterol Level For 3 - Months. Langhin Blood Level For over 2 - Months. My weight Has Not Even Been Recorded For over A Month. My Heart (Pulse) Rate Is Taken Hap - Hazzardly At Morning Medication window, But No Record Is Kept. My weight + Pulse Signify If Langhin Is Therepudic Level And Blood Level, But None Is Monitored Regularly And Recorded. I Have Congestive Heart Failure. Dr. Vizcarra Said I'm Cured on or About Jan 15.01. Neclegent Medical Treatment will Shorten My Life overall. This Is Against The Law.

3.7.01     (Continued on Attached)
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____/_____
#        Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

This grievance is a duplicate of grievance number 01-3.215 and is returned without action.  We will address these issues in grievance number 01-3.~~125~~ 215.

Based on the above information, your Request for Administrative Remedy or Appeal is *returned without action*.

J. Witt
Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

3/14/01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

01-3.215

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: Tucker, Dale H.                73401 9  Taylor Correctional
Last Name, First, Middle Initial        Number        Institution

| PART A – INMATE GRIEVANCE |
|---|

In Attached Grievance, I have made Allegations of Negligent, Inadequate Medical Care. Since 1:11:01 when Grievance attached was Filed I was scheduled To have Blood Drawn 2.14.01 No one was at Medical To Draw Blood, I was not Rescheduled For over 2 weeks my weight is not Taken and Recorded, my Pulse Taken, But not Recorded Hap-Hazzardly, one Day Taken, Skipped and Maybe Checked, I have no Special Diet, But Take Cholesterol Lowering and Blood Thinner Medications, my Evaluation Nurse knew nothing about Blood Being Checked For Lanoxin Level or not. These Are all Compounded By Steps To Get Medical Attention, Standing In long lines To Eat, Go To Library And Mandatory Room Closed, These Are Negligent Medical Care Culpable Negligence and Deliberate Indifference

Date  3.7.01

Signature of Grievant and D.C.# 73401 9

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ____ /
#        Signature

| PART B – RESPONSE |
|---|

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

You have complaints regarding more than one issue. You complain of improper medical, long lines to eat, going to the library and dorm closings. You must separate these issues, as our Medical staff has no control over security operational issues.

Based on the above information, your Request for Administrative Remedy or Appeal is *returned without action*.

J.W.H
Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

3/16/01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. - 71-

014.356

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.          734014   TAYLOR CORRECTIONAL
Last Name, First, Middle Initial      Number      Institution

---

### PART A – INMATE GRIEVANCE

AS OF DATE OF ATTACHED FORMAL GRIEVANCE; I WAS NOT RECEIVING THE MINIMUM REQUIREMENT HEALTH CARE FROM D.O.C. FOR HEART FAILURE. I CANNOT LIST HOW I HAVE BEEN NOT TREATED BECAUSE I WILL BE RESPONDED TO ADDRESSING MORE THAN ONE ISSUE. THE ONLY ISSUE OF THIS GRIEVANCE IS NOT RECEIVING MINIMUM MEDICAL TREATMENT FOR HEART FAILURE BY D.O.C. ATTACHMENTS SHOW MY EFFORTS TO RIGHT THE SITUATION.

4.13.01
Date

Signature of Grievant and D.C.# 734014

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____/_____
#          Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record shows that you have refused the Lanoxin, which was prescribed by a cardiologist as of 04/05/01. The Chief Health Officer, the staff physician and the Health Service Administrator have appropriately counseled you. Medical is not able to treat you without your consent. Dr. Colon saw you, at my request, on 04/02/01. He addressed all of your health concerns at that time and stated 'your care was appropriate'."

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent
Assistant Superintendent, or
Secretary's Representative

4/30/01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.   -72-

TEAR ON PERFORATION

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

OL4.314

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H,                        734014   TAYLOR CORRECTIONAL
      Last Name, First, Middle Initial                Number           Institution

---

### PART A – INMATE GRIEVANCE

On April 2, Dr. Colone and I discussed medication I was taking and I explained that I was having problems taking Lanoxin — a heart med. I also take Lasix — a diuretic. The Lasix causes reactions as well and I had asked Dr. Colone if we could substitute Aldactone for Lanoxin. Dr. Colone didn't know. I had made a mistake in speaking to him in that I meant to substitute Aldactone for Lasix. Aldactone is a better diuretic because it does not make you drowsie and remove potassium, an essential element for the heart and taking Lanoxin. Dr. Colone didn't catch my mistake, I'm not a doctor. He didn't know any substitute for Lanoxin and even after he looked it up in P.D.R. with me, he still didn't know what he was looking at. I don't take Lanoxin now and I need proper medical advice. Dr. Colone is not a cardiologist.

4.5.01
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                #             Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. It reflects that you have been refusing to take the prescribed medication, Lanoxin, for over three weeks. A cardiologist recommended the Lanoxin. You have selected to be non-compliant with this 'proper medical advise.' Dr. Colon stated that you misunderstood his response. You were advised that a diuretic could not be substituted for Lanoxin. Taylor Correctional Institution is staffed by licensed physicians who are medically trained to manage serious diseases, including heart conditions."

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent, *Acting*
Assistant Superintendent, or
Secretary's Representative

4/24/01
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION — 73 -

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: ___2___
Team Number: ___2___
Institution: __TAYLOR__

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Dale H. Tucker | 734019 | B1129-S | In Grounds | 4.19.01 |

## REQUEST

Ms. Kirksey — Have I Been Scheduled To See Cardiologist — Get An E.K.G. And Cholesterol Level Check. Please Give Me Cholesterol Level. ie: 4.19.01 Blood Draw.

Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: 4/20/01 AK

Your record reflects that Dr Colon cancelled the cardiologist's consult due to your documented refusals to comply with the recommendations of the cardiologist. DC policy permits of the CHO to make this decision in lieu of the documented non-compliance with cardiologist's previous recommendations. Your last Cholesterol (7/18) was 148 & looking good.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___ N/A ___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Barbara Kirksey HSA     Date: 4-25-01

BARBARA KIRKSEY, M.S.N.
Health Service Administrator
Taylor Correctional Institution

Distribution:   White   -Returned to Inmate        Pink   -Retained by official responding, or if the response is to an
                Canary   -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

—70.—

**STATE OF FLORIDA**
DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

01-3.268

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: Tucker, Dale, H.      734014 Taylor Correctional
Last Name, First, Middle Initial      Number      Institution

---

### PART A – INMATE GRIEVANCE

The medical care I am receiving here at Taylor Is consistent with, N.F.R.C. and G.F.R.C. All are neglent and because of treatment, or lack of treatment, my life expectancy Is being shortened. I have congestive heart failure it kills people. I require special treatment to exist and good treatment to improve, I have not gotten any better, In fact worse In the past 6-months since D.O.C. Has been my custodian, the superintendent Is responsible for the operation of the Institution so he Is responsible for my health care. I am receiving inadequate Ineffective, neglegent health care.

3.19.01      Refer to # 01-3.215
Date               Signature of Grievant and D.C.#

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ____**
            #               Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal is being **returned** without processing in accordance with F.A.C. Chapter 33-103 as it addresses more than one issue or complaint. You may refile your grievance if upon receipt of this notification the filing is within the time frames allowable in Chapter 33-103. You must, however, file a separate grievance for each issue or complaint.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

Signature and Typed or           Signature of Superintendent,         4/9/01
Printed Name                  Assistant Superintendent, or      Date
of Employee Responding          Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. -95-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

01-3.271

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: Tucker, Dale, H.                              734014    Taylor Correctional
_____      _____  _____
Last Name, First, Middle Initial                  Number        Institution

---

### PART A – INMATE GRIEVANCE

On or about 1.19.01, Dr. Vizcarra examined me. He told me that I don't have a heart problem and that I did not have to limit my activity. I have heart failure. Since I have been at Taylor I have received no close monitoring because apparently I do not have heart failure. A qualified doctor needs to examine me and my medical record because tests have been done, but if I do not have a heart problem according to Dr. Vizcarra, he is not able to determine what these tests say. His qualifications maybe minimal in cardiac, however I require adequate, competent treatment which I am not receiving here. Additionally Dr. Vizcarra I have not seen since he told me this and by his advice alone, I could easily over exert myself, have a heart attack and die.

3.20.01
_____
Date

Signature of Grievant and D.C.# 734014

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                              #          Signature

---

### PART B – RESPONSE

Your grievance is being **returned** without further processing in accordance with Chapter 33-103, "A decision has already been rendered to you by a particular office on the issue currently being grieved before it." Reference Grievance Log Number 01-3.257.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

/. Colon, MD
Chief Health Officer
Taylor Correctional Institution
_____
Signature and Typed or
Printed Name
of Employee Responding

_____
Signature of Superintendent
Assistant Superintendent or
Secretary's Representative

4/9/01
_____
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. -76-

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

01-3.25C

TO: ☒ Superintendent   ☐ Assistant Superintendent   ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.                    734014    TAYLOR CORRECTIONAL
Last Name, First, Middle Initial            Number    Institution

---

### PART A – INMATE GRIEVANCE

ON OCTOBER 21, 2000 D.O.C. PERSCRIBED .25 mg. OF LANOXIN
A DRUG THAT SLOWS HEART BEAT. FOR SIX MONTHS I HAVE
BEEN TAKING DOUBLE THE DOSAGE RECOMMENDED BY THE
MANUFACTURER. THIS MEANS THAT I CAN'T STAY AWAKE,
I HAVE A TERRIBLE RASH, WALK DRUNK DOWN THE SIDEWALK
DAILY. THEN, WHEN IT GETS VERY HIGH, I SEE YELLOW
SPOTS, GASP FOR AIR, COUGH CONSTANTLY AND HAVE PASSED
OUT ON OCCASSION. DIZZY AND FALLING OVER IS NOT
THERAPUDIC. WHEN, IN PAST, I COMPLAIND ABOUT THIS, I HAVE
BEEN GIVEN COUGH MEDICINE AND TOLD I DO NOT HAVE A HEART
PROBLEM. THIS IS COLPABLE NEGLEGENCE + DILIBERATE INDIFFERENCE.
                    REFER TO 01-3.215

3.18.01                              _Dale H. [signature]_
Date                                 Signature of Grievant and D.C.# 734014

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____/_____
                                                                        #        Signature

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. On December 5, 2000, Dr. Benson, Cardiologist, who recommended that you take .25mg of Lanoxin, saw you. According to your prescriptions and the pharmacist, you have been given Lanoxin as recommended. Since your arrival to Taylor Correctional Institution, your record does not show that you have assessed sick call for any of the alleged symptoms you mentioned above. In addition, your recent Lanoxin blood level is NOT above normal range."

Based on the above information, your Request for Administrative Remedy or Appeal is **denied**. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution

_[signature]_                        _[signature]_                        4/2/01
Signature and Typed or               Signature of Superintendent,         Date
Printed Name                         Assistant Superintendent, or
of Employee Responding               Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION. -97-

01-3.255

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections

FROM: TUCKER, DALE, H.                734014   TAYLOR CORRECTIONAL
_____Last Name, First, Middle Initial_____   _____Number_____   _____Institution_____

---

### PART A – INMATE GRIEVANCE

ON 12.5.2000 DR. BENSON AT N.F.R.C. PUT ME ON LIPITOR AND ASPRIN FOR CHOLESTEROL LOWERING IN HOPES OF TREATING MY HEART. I HAVE CONJESTIVE HEART FAILURE. I WAS NOT PUT ON LOW-CHOLESTEROL DIET. MY CHOLESTEROL LEVEL HAS NOT BEEN CHECKED FOR 6-MNTHS. I HAVE NOT SEEN DR. BENSON IN OVER 3-MONTHS. DR. VIZCARRA ALSO RE-WROTE PERSCRIPTIONS WITHOUT CHECKING IF I NEEDED TO TAKE THESE DRUGS. I HAVE A 230mg. LEVEL "IF YOU HAVE A LEVEL OF 220 or ABOVE AND UNDER 65 YOU SHOULD FOLLOW A PRUDENT DIET" SECOND OPINION; DR. ROSENFELD 1991; Pg. 140. DOCTOR ROSENFELD IS A HEART SPECIALIST. I AM TAKING WRONG MEDICATION AND NO LOW-CHOLESTEROL DIET.

3.19.01          REFER TO #01.3215
_____Date_____

Signature of Grievant and D.C.# 734014

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____/_____
_____# _____ _____Signature_____

---

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

Your complaints were not written in a manner that can be clearly understood. Resubmit with clear and concise statements.

Based on the above information, your Request for Administrative Remedy or Appeal is *returned without action*.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution
Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

4/2/01
_____Date_____

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

-78-

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

O1-3.253

TO: ☒ Superintendent  ☐ Assistant Superintendent  ☐ Secretary, Florida Department of Corrections

FROM: Tucker, Dale, H          734014    Taylor Correctional
_____    _____    _____
Last Name, First, Middle Initial      Number      Institution

### PART A – INMATE GRIEVANCE

I AM A HEART PATIENT. I HAVE CONGESTIVE HEART FAILURE. I TAKE MEDICATION THAT DEPLEATS MY BODY OF CALCIUM, POTASSIUM AND OTHER MINERALS. IT IS VERY IMPORTANT THAT POTASSIUM AND CALCIUM LEVELS BE MAINTAINED AND CHECKED. I ENTERED D.O.C. IN OCTOBER 2000. THIS IS THE LAST TIME MY POTASSIUM AND CALCIUM LEVELS WERE CHECKED. NOT HAVING PROPER LEVELS CAN CAUSE HEART ATTACK. THIS LEVEL NOT BEING CHECKED OR MONITORED IS NEGLEGANCE AND PUTS MY LIFE IN JEPORDY. THE DEPARTMENT KNOWS MY MEDICAL HISTORY AND NOTHING IS BEING DONE TO MONITOR ME AND CONSEQUENTLY SHORTENING MY LIFE SPAN.

REFER TO #01-3.215

3.19.01
_____
Date

Signature of Grievant and D.C.# 734014

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____
                                                                          #        Signature

### PART B – RESPONSE

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

B. Kirksey, HSA, was contacted and provided the following response. "Your record was reviewed. It reflects that your condition is being monitored on a regular basis via the chronic illness clinic procedures. Your electrolyte blood tests were last prescribed on 03/26/01. Dr. Colon has already advised you, via inmate request, that these electrolytes do not have to be done monthly. You have already been scheduled to discuss your health concerns with Dr. Colon, Chief Health Officer. It is outside the scope of the grievance procedure to address legal allegations such as 'negligence'. Negligence may only be determined by a judge or jury."

Based on the above information, your Request for Administrative Remedy or Appeal is *denied*. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

J. Colon, MD
Chief Health Officer
Taylor Correctional Institution
_____
Signature and Typed or
Printed Name
of Employee Responding

_____
Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

4/2/01
_____
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

-79-